JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY DUPLER, | ) | NO. 2:18-cv-02303-RGK-GJS |
| Plaintiff(s), | ) | |
| vs. | ) | **ORDER** |
| ORBITZ, LLC, et al. | ) | |
| Defendant(s). | ) | |

On June 26, 2018, the Court granted defendants' Motion to Compel Arbitration [41]. IT IS HEREBY ORDERED that this action be removed from the active caseload without prejudice to reopen the matter to enforce the arbitration.

DATED: June 27, 2018

_____
R. GARY KLAUSNER
**UNITED STATES DISTRICT JUDGE**